# UNITED STATES DISTRICT COURT
## District of Minnesota

Marco Vinicio Moreta Duran

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Ryan Shea

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-04816-MJD-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS with modification** the Report and Recommendation of United States Magistrate Judge John F. Docherty filed January 21, 2026. **[Doc. 8.]** Petitioner's first petition for writ of habeas corpus **[Doc. 1]** is **GRANTED.**

1. Respondents must immediately release Petitioner from detention into Minnesota;

2. Petitioner shall be released on his own recognizance; and

3. Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order.

Date: 1/25/2026

KATE M. FOGARTY, CLERK