# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marco M.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 25-4816 (MJD/JFD)

Daniel L. Wilson, Lee Anne Koller Mills, Wilson Law Group, Counsel for Petitioner.

Ana H. Voss, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

On January 25, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner from detention into Minnesota. [Doc. 11.] On January 27, 2026, Respondents informed the Court that Petitioner had been released. [Doc. 13.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Marco M's First Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2026     s/Michael J. Davis
               Michael J. Davis
               United States District Court