# UNITED STATES DISTRICT COURT

## District of Minnesota

Marco Vinicio Moreta Duran

Petitioner,

v.

Pamela Bondi, Kristi Noem
Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood and Ryan Shea

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:25-cv-04816-MJD-JFD**

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Marco M's First Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 1/27/2026

KATE M. FOGARTY, CLERK